IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-03054-CR-SW-MDH |
| HERNANDEZ I. HUDSON, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Defendant's Motion to Suppress (Doc. 36), the Government's Suggestions in Opposition to Defendant's Motion to Suppress (Doc. 37), and the Report and Recommendation of United States Magistrate Judge (Doc. 50). The time to file objections has expired and the motion is ripe for review.

After a careful and independent review of the parties' submissions, the transcript from the suppression hearings, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 50) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress. (Doc. 36).

**IT IS SO ORDERED.**

DATED: August 12, 2024

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**